# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
**VA 1-692-984**

**Effective date of registration:**
April 13, 2009

## Title
**Title of Work:** Toolbox Fill and Spill (3038)
**Nature of Work:** 3-Dimensional

## Completion/Publication
**Year of Completion:** 2006
**Date of 1st Publication:** February 16, 2007       **Nation of 1st Publication:** United States

## Author
- **Author:** Melissa & Doug, LLC
  **Author Created:** 3-Dimensional sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States       **Domiciled in:** United States
  **Anonymous:** Yes       **Pseudonymous:** No

## Copyright claimant
**Copyright Claimant:** Melissa & Doug, LLC
P.O. Box 590, Westport, CT, 06881

## Limitation of copyright claim
**Previously registered:** No

## Certification
**Name:** Chris Myers
**Date:** March 10, 2009

Exhibit A-1



Exhibit A-2