# Exhibit B

LTD Commodities®
Over 50 Years of Around the World Values
MENU

Home



### Baby's First Playsets
### $14.95

★★★★★ 4.6 (7)   Write a review

| | | |
|---|---|---|
| **Tool Set** 615183-1PS2-TLS *In stock* | $14.95 per set | 0 |
| **Purse Set** 615183-1PS2-PRS *In Stock* | $14.95 per set | 0 |

Item#: 615183-1PS2-TLS

**Description**   **Customer Reviews**

A A A

Baby's First Playset features plush toys with delightful textures and sounds. Besides encouraging your baby's development, the toys introduce imaginative role playing. The Tool Set toys range in size from 7-1/2" x 6" x 5-1/4" to 3" sq. x 2". Purse toys range from 7-3/4" x 7-1/2" x 3-1/2" to 2-1/4" x 1-3/4" x 3/4". Polyester. Imported. Tool Set, for ages 12 mos. and up. Purse set, for ages 18 mos. and up.

Soft, squeezable toys that jingle, crinkle, rattle and more!
Tool Set includes:
- Tool case with ruler handle
- Pull-string drill that vibrates
- Crinkling saw
- Screwdriver
- Hammer
- 1 Screw
- 1 Nut

Purse set includes:
- Purse
- Compact with mirror and powder pad
- Change purse with 2 crinkle coins
- Cell phone with rattle
- Key ring with 3 removable keys

Details:
- Tool Set toys range in size from 7-1/2" x 6" x 5-1/4" to 3" sq. x 2"
- Purse toys range from 7-3/4" x 7-1/2" x 3-1/2" to 2-1/4" x 1-3/4" x 3/4"
- Polyester
- Tool Set, for ages 12 mos. and up
- Purse set, for ages 18 mos. and up

Exhibit B-1

© 1998 - 2015, LTD Commodities. All Rights Reserved.    Terms & Conditions | Privacy

Exhibit B-2